May 31, 1984.

476 A.2d 107

Commonwealth v. Rivera, Appellant.

Submitted April 26, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Charles A. Achey, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.